

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 19-CR-0149-JAH |
| Plaintiff, | |
| v. | **ORDER** |
| MICHELL LOUISE CASTO, | |
| Defendant. | |

This matter comes before the Court on the United States' joint motion to dismiss the Indictment as to Defendant Michelle Louise Casto.

IT IS HEREBY ORDERED that the Indictment in the above-captioned case is DISMISSED WITHOUT PREJUDICE.

DATED: 7/11/19

HONORABLE BARBARA LYNN MAJOR
UNITED STATES DISTRICT JUDGE